IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERNITA CURGES-TAYLOR,<br><br>*Plaintiff*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>*Defendant*. | Civil Action No. 2:24-cv-1372<br><br>Hon. William S. Stickman IV<br>Hon. Kezia O. L. Taylor |

**ORDER OF COURT**

Vernita Curges-Taylor ("Plaintiff") brings claims pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. ("Title VII"), against her employer, Transportation Security Administration ("Defendant"). (ECF No. 20). Pending before the Court are Plaintiff's Motions to Consider Ongoing Retaliation Claims Without Further Amendment to the Complaint (ECF Nos. 44 and 45); Defendant's Motion for Summary Judgment (ECF No. 48); and Defendant's Motion to Strike Plaintiff's [Fourth] Concise Statement of Material Facts and Deem Defendant's Concise Statement of Material Facts Admitted (ECF No. 69). In a Report and Recommendation, United States Magistrate Judge Kezia O. L. Taylor recommended that Plaintiff's motions be denied, and Defendant's motions be granted. (ECF No. 77). The parties were given the opportunity to file objections, and no objections were filed.

After its independent *de novo* review of the record and consideration of the parties' pleadings, the Court hereby ADOPTS Magistrate Judge Taylor's Report and Recommendation as its Opinion. It concurs with Magistrate Judge Taylor's thorough analysis of the pending motions and her legal conclusions.

AND NOW, this 21 day of September 2026, IT IS HEREBY ORDERED that Plaintiff's Motions to Consider Ongoing Retaliation Claims Without Further Amendment to the Complaint (ECF Nos. 44 and 45) are DENIED.

IT IS FURTHER ORDERED that Defendant's Motion to Strike Plaintiff's [Fourth] Concise Statement of Material Facts and Deem Defendant's Concise Statement of Material Facts Admitted (ECF No. 69) is GRANTED. Plaintiff's Fourth Concise Statement of Material Facts at ECF No. 67 is HEREBY STRICKEN from the docket. Defendant's Concise Statement of Material facts at ECF No. 50 is deemed ADMITTED.

IT IS FINALLY ORDERED that Defendant's Motion for Summary Judgment (ECF No. 48) is GRANTED. A Judgment Order shall follow.

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE